IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GERI KANESTA-RYCHNER,<br><br>      Plaintiff,<br><br> v.<br><br>HORIZON THERAPEUTICS USA, INC.,<br><br>      Defendant. | CASE NO. 3:23-cv-05221-RSL<br><br>**Order Granting Stipulated Motion to Stay Proceedings** |

  This matter having come before the Court on the parties' Stipulated Motion to Stay Proceedings, and the Court, being familiar with the files and records herein and having reviewed the motion and being otherwise fully advised in the matter, does hereby ORDER, ADJUDGE, and DECREE that the parties' Stipulated Motion to Stay Proceedings is GRANTED.

  The parties are ORDERED to jointly advise the Court of the decision of the Judicial Panel on Multidistrict Litigation on the pending transfer petition in *In re Tepezza Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 3079, within one week of its issuance.

  Dated this 19th day of May, 2023.

               */s/ Robert S. Lasnik*
               Robert S. Lasnik
               United States District Judge

**ORDER GRANTING STIPULATED MOTION TO STAY – 1**

**PEIFFER WOLF CARR KANE CONWAY & WISE**
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3566
Facsimile: (415) 402-0058

By: /s/ Catherine Cabalo
Catherine Cabalo
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
415-766-3566
ccabalo@peifferwolf.com

Ashlie Case Sletvold*
Marilyn K. Eble*
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
6370 SOM Center Road, Suite 108
Cleveland, Ohio 44139
216-589-9280
asletvold@peifferwolf.com
meble@peifferwolf.com
* pro hac vice to be filed

Counsel for Plaintiff

By: /s/Nancy M. Erfle
Nancy M. Erfle
**GORDON & REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
503-382-3852
nerfle@grsm.com

Eric A. Riegner*
**FROST BROWN TODD LLP**
111 Monument Circle, Suite 4500
Indianapolis, Indiana 46204
317-237-3800
eriegner@fbtlaw.com

Lori E. Hammond*
**FROST BROWN TODD LLP**
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202
502-589-5400
lhammond@fbtlaw.com
*pro hac vice to be filed

Counsel for Defendant

**ORDER GRANTING STIPULATED MOTION TO STAY** - 2

PEIFFER WOLF CARR KANE CONWAY & WISE
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3566
Facsimile: (415) 402-0058